IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAMAR CATO, #49616-019, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv1094-T |
| | ) | (WO) |
| RUTH YANCEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 1, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

Done, this the 18th day of April, 2005.

                                                                                 /s/ Myron H. Thompson
                                                  UNITED STATES DISTRICT JUDGE